UNITED STATES DISTRICT COURT FOR THE STATE OF OKLAHOMA

DONNA RENA ELLIS UNSER

Plaintiff

V

CONSTITUTION,

UNITED STATES OF AMERICA and entities

Okla. Election Board

Defendants

FILED

NOV 05 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

CIV-20-1120-JD

COMPLAINT:

The plaintiff, Donna R Ellis Unser, states:

That entities of the United States have committed human rights violations against me, namely Veterans Administration, media with entertainment and many others.

On November 3, 2020 I had been purged for the system and therefore not allowed to vote which violated my rights.

That when the founding fathers stated prior to the written Constitution that: "When in the course of human events it become necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal stations to which the laws of Nature and of Nature's God entitle them, a decent respect to the opinion of mankind requires that they should declare the causes which impel them to the separation"

Thus when I was not allowed to vote that my country had purged me above the constitution law and made me a sovereign being and thus I AM CLAIMING EMPRESS OF THE LAND AND PLANET AND MY TITLE TO BE RESTORED.

Relief:

Empress of the Land and planet

Halt the election 2020

999 trillion gold bars

Military under my command

Donna Ellis Unser

*Donna Rena Ellis-Unser*

November 5, 2020

Donna Unser
7948 S. McKinley Ave
Oklahoma City OK 73139
405 758-0899