# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Donna R. Ellis-Woost )
**Plaintiff** )
)
v. )  CASE NO.: CIV-20-1120-JD
Constitution )  (To be supplied by the Clerk)
United States of America )  (Non-Prisoner form)
and Entities )
**Defendant** Okla Election Board )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. If I am employed, my employer's name and address are:

    Disabled Veteran

My gross pay or wages are: $15,000 year, and my take-home pay or wages are: $ _____ per
(specify pay period)  21,000

2. *Other Income.* In the past 12 months, I have received income from the following sources
(check all that apply)

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ YES | ☒ NO |
| (b) Rent payments, interest, or dividends | ☐ YES | ☒ NO |
| (c) Pension, annuity, or life insurance payments | ☐ YES | ☒ NO |
| (d) Disability or worker's compensation payments | ☒ YES | ☐ NO  V.A. |
| (e) Gifts or inheritances | ☐ YES | ☒ NO |
| (f) Any other sources | ☐ YES | ☒ NO |

*If you answered "Yes" to any questions above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I am a disabled Veteran

3. Amount of money that I have in cash or in a checking or savings account: $ 1000.00.

4. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name
*(describe the property and its approximate value)*

2006 Hyundia Santafe
Some small jewerly

5. Any housing, transportation, utilities, loan payments, or other regular monthly expenses
*(describe the amount of the monthly expense)*

N/A

6. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

7. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*

25,000 plus of plus or minues
will be filing Bankruptcy

I understand that a false statement or answer to any question in this declaration could subject me to penalties of perjury and/or may result in the dismissal of all my claims pursuant to 28 U.S.C. § 1915 (e)(2)(A).

Date: 11-5-2020

Donna Ellis Unser
*(Applicant's signature)*

Donna Rena Ellis Unser
*(Printed name)*