IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA RENA ELLIS UNSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSTITUTION, UNITED STATES )<br>OF AMERICA, and OKLAHOMA )<br>STATE ELECTION BOARD )<br>)<br>Defendants. ) | Case No. CIV-20-01120-JD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Magistrate Judge Gary M. Purcell's Report and Recommendation [Doc. No. 4] recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be denied and that the action be dismissed without prejudice unless Plaintiff paid the full filing fee to the Clerk of Court by November 26, 2020. [Doc. No. 4 at 1–2]. Judge Purcell advised Plaintiff of her right to file an objection to the Report and Recommendation by November 26, 2020, and that failure to timely object to the Report and Recommendation waives the right to appellate review of the recommended ruling. [*Id.* at 2]. *See also* 28 U.S.C. § 636.

The record reflects that Plaintiff neither paid the full filing fee nor filed an objection to the Report and Recommendation by the deadline or requested an extension of time to do so.

The Court therefore **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety for the reasons stated therein. Ms. Unser's Motion for Leave to Proceed *in forma*

*pauperis* [Doc. No. 2] is **DENIED**, and this action is **DISMISSED** without prejudice.

    **IT IS SO ORDERED** this 23rd day of December 2020.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE