IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA RENA ELLIS UNSER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-20-01120-JD ) |
| CONSTITUTION, UNITED STATES OF AMERICA, and OKLAHOMA STATE ELECTION BOARD | ) ) ) ) |
| Defendants. | ) ) |

## **JUDGMENT**

In accordance with the Court's Order issued this date, the Court dismisses this action without prejudice.

DATED this 23rd day of December 2020.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE